**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CHESTER CRANE AND ELMER CRANE | : No. 239 MAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| WILLIAM CRANE, JR. AND WALTER CRANE | : |
| | : |
| | : |
| | : |
| PETITION OF: CHESTER CRANE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.